UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

CASE No. 7:21-CV-00035-D

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WINFIELD SMITH, individually, ) <br> MICHALE MARABLE, SR., individually, and ) <br> BENAJMIN R. WARRICK, in his capacity as ) <br> Administrator of the Estate of Barbara Ann Smith, ) <br> ) <br> Defendants. ) <br> ) | **ORDER ENTERING DEFAULT** |

Upon Motion for Entry of Default by Plaintiff Primerica Life Insurance Company, it is hereby ORDERED that default be entered against Michale Marable, Sr. and Winfield Smith.

This the 17 day of August, 2021.

_____
Peter A. Moore, Jr.,
Clerk of Court