# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Case No. 7:21-CV-00035-D

PRIMERICA LIFE INSURANCE )
COMPANY )
           Plaintiff, )      **ORDER ENTERING**
            )      **DEFAULT JUDGMENT**
      v. )
            )
WINFIELD SMITH, individually, )
MICHALE MARABLE, SR., individually, and )
BENAJMIN R. WARRICK, in his capacity as )
Administrator of the Estate of Barbara Ann Smith, )
            )
           Defendants. )

Upon Motion for Default Judgment by Plaintiff Primerica Life Insurance Company, and finding that the requirements of Rule 55(b) of the Federal Rules of Civil Procedure are satisfied, it is hereby ORDERED that a default judgment be entered against Defendant Michale Marable, Sr. and Defendant Winfield Smith.

SO ORDERED. This the **2** day of December, 2021.

_____
JAMES C. DEVER III
United States District Judge