UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINFIELD SMITH, MICHAEL MARABLE,<br>SR., and BENJAMIN R. WARRICK, )<br>)<br>Defendants. ) | **DEFAULT JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:21-CV-35-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that default judgment is entered against Defendant Michale Marable, Sr. and Defendant Winfield Smith.

**This Judgment Filed and Entered on December 2, 2021, and Copies To:**

| | |
|---|---|
| Anthony Terrell Lathrop | (via CM/ECF electronic notification) |
| Luther Donald Starling, Jr. | (via CM/ECF electronic notification) |

DATE:  
December 2, 2021

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk