UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:21-CV-35-D** |
| WINFIELD SMITH, MICHALE MARABLE, SR., and BENJAMIN R. WARRICK, | ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered December 2, 2021, at [D.E. 21], default judgment was entered against Michale Marable, Sr., and Winfield Smith.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered December 2, 2021, at [D.E. 22], Primerica Life Insurance Company was dismissed and discharged from any further liability to Winfield Smith, Michale Marable, Sr., and the Estate in connection with the Benefit and/or any matter related thereto.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered August 6, 2024, at [D.E. 31], disbursement has been made consistent with the order.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this matter is deemed resolved and the case shall be closed.

This Judgment filed and entered on October 2, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

October 2, 2024                                      Peter A. Moore, Jr.
                                                     Clerk of Court


                                                     By: /s/ Stephanie Mann
                                                     Deputy Clerk